UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD D. ROSS, <br><br>       Plaintiff, <br><br>    v. <br><br>DENISE MARIE MOSS, <br><br>       Defendant. | Case No. 20-cv-00402-SI <br><br>**JUDGMENT** |

This action has been dismissed with prejudice as frivolous and for failure to state a claim. Judgment is entered accordingly.

**IT IS SO ORDERED**.

Dated: February 27, 2020

SUSAN ILLSTON
United States District Judge